Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-396

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** El Arco - Arch of Cabo San Lucas

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 31, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Eunseuk Oh
  **Pseudonym:** Hailey H. Herrera
  **Author Created:** 2-D artwork
  **Citizen of:** Korea, South
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Eunseuk Oh
3803 Williams Bend, Bryan, TX, 77808, United States

## Rights and Permissions

**Name:** Eunseuk Oh
**Email:** hailey.art@gmail.com
**Address:** 3803 Williams Bend
Bryan, TX 77808 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-563**

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 04, 2024

## Title _____

| | |
|---|---|
| **Title of Work:** | Daisy Bouquet |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 14, 2015 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| **Author:** | Eunseuk Oh |
| **Pseudonym:** | Hailey H. Herrera |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Korea, South |
| **Pseudonymous:** | Yes |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Eunseuk Oh |
| | 3803 Williams Bend, Bryan, TX, 77808, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Eunseuk Oh |
| **Email:** | hailey.art@gmail.com |
| **Address:** | 3803 Williams Bend |
| | Bryan, TX 77808 United States |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-395

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Jellyfish |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 19, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Eunseuk Oh |
| **Pseudonym:** | Hailey H. Herrera |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Korea, South |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Eunseuk Oh |
|  | 3803 Williams Bend, Bryan, TX, 77808, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Eunseuk Oh |
| **Email:** | hailey.art@gmail.com |
| **Address:** | 3803 Williams Bend |
|  | Bryan, TX 77808 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-397

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Desert Bloom |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | August 28, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Eunseuk Oh |
| **Pseudonym:** | Hailey H. Herrera |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Korea, South |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Eunseuk Oh |
| | 3803 Williams Bend, Bryan, TX, 77808, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Eunseuk Oh |
| **Email:** | hailey.art@gmail.com |
| **Address:** | 3803 Williams Bend |
| | Bryan, TX 77808 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-453

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 04, 2024

## Title

**Title of Work:**   Bluebonnets and Cactus

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   April 18, 2016
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Eunseuk Oh
  **Pseudonym:**   Hailey H. Herrera
  **Author Created:**   2-D artwork
  **Citizen of:**   Korea, South
  **Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Eunseuk Oh
3803 Williams Bend, Bryan, TX, 77808, United States

## Rights and Permissions

**Name:**   Eunseuk Oh
**Email:**   hailey.art@gmail.com
**Address:**   3803 Williams Bend
Bryan, TX 77808 United States

## Certification

**Name:**   David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-394

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** Summer Hummer

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 09, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Eunseuk Oh
  **Pseudonym:** Hailey H. Herrera
  **Author Created:** 2-D artwork
  **Citizen of:** Korea, South
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Eunseuk Oh
3803 Williams Bend, Bryan, TX, 77808, United States

## Rights and Permissions

**Name:** Eunseuk Oh
**Email:** hailey.art@gmail.com
**Address:** 3803 Williams Bend
Bryan, TX 77808 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-393

**Effective Date of Registration:**
September 17, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | This Old Barn |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 04, 2015 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| **Author:** | Eunseuk Oh |
| **Pseudonym:** | Hailey H. Herrera |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Korea, South |
| **Pseudonymous:** | Yes |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Eunseuk Oh |
| | 3803 Williams Bend, Bryan, TX, 77808, United States |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Eunseuk Oh |
| **Email:** | hailey.art@gmail.com |
| **Address:** | 3803 Williams Bend |
| | Bryan, TX 77808 United States |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |

